UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALVIN KEITH RATLIFF, | ) | CASE NO. 13-91380-BHL-13 |
| DEANNA RAE RATLIFF | ) | |
| | ) | |
| Debtor(s) | ) | |

## APPEARANCE

The undersigned of the law firm of Feiwell & Hannoy, P.C., 251 N. Illinois Street, Suite 1700, Indianapolis, IN 46204-1944, enters an appearance on behalf of Queen's Park Oval Asset Holding Trust, a creditor in the above-referenced bankruptcy proceeding, and requests that all matters be directed to their attention.

FEIWELL & HANNOY, P.C.
/s/ RANDY C. EYSTER
RANDY C. EYSTER, Attorney No. 22643-49
Attorney for Queen's Park Oval Asset Holding Trust
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727
Fax: (317) 237-2717
Email: REYSTER@feiwellhannoy.com

Ratliff - File No. 080807B01

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on October 22, 2013, to the following:

Mark E Risser
Attorney at Law
P.O. Box 218
Seymour, IN 47274

Joseph M. Black Jr.
Trustee
P.O. Box 846
Seymour, IN 47274

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

      /s/ RANDY C. EYSTER
      RANDY C. EYSTER, Attorney No. 22643-49

Ratliff - File No. 080807B01